UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA I. CRUZ,**

      **Plaintiff,**

**v.**                                                            **Case No: 6:12-cv-1098-Orl-22KRS**

**WINTER GARDEN REALTY, LLC,**
**JAMES GARGASZ and JOHN**
**GARGASZ,**

      **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss Defendant, Winter Garden Realty, LLC's Amended Counterclaim (Doc. No. 20) filed on September 20, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 27, 2012 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion to Dismiss Defendant, Winter Garden Realty, LLC's Amended Counterclaim (Doc. No. 20) is hereby GRANTED.

3. Winter Garden Realty, LLC's Amended Counterclaim (Doc. No. 18) is hereby DISMISSED without prejudice to refile in state court. Pursuant to 28 U.S.C. § 1367(d), the

limitations period for the claims asserted is tolled for a period of 30 days after the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 12, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties