# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA I. CRUZ,**

      **Plaintiff,**

**v.**                                          **Case No:  6:12-cv-1098-Orl-22KRS**

**WINTER GARDEN REALTY, LLC, JAMES GARGASZ, JOHN GARGASZ,**

      **Defendants.**

## ORDER

This cause is before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. No. 42) filed on August 16, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 3, 2013 (Doc. No. 43), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Parties' Joint Motion for Approval of Settlement is hereby GRANTED.  The Court finds the settlement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. Plaintiff's counsel is PROHIBITED from withholding any amounts payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Plaintiff's counsel is ORDERED to provide a copy of this Order to Plaintiff.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

6. **DONE** and **ORDERED** in Orlando, Florida on September 3, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record